UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BIERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00060 JLT  (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KERN COUNTY SHERIFF**<br>(Doc. 4) |

Plaintiff has requested to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a). However, Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action (28 U.S.C. § 1915(b)(1)) and to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. The Kern County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2). Thus,

1. Plaintiff's application to proceed in forma pauperis is **GRANTED**;

**2. The Kern County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in**

**accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Kern County Sheriff located at 1415 Truxtun Avenue, Bakersfield, CA 93301.

4.  The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __**April 27, 2021**__  　　　　　　　___/s/ Jennifer L. Thurston___
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

2