|  |  |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BIERMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00060-BAK-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 12) |

　　　　Plaintiff Michael J. Velasquez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action under to 42 U.S.C. § 1983.  On January 28, 2022, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (See ECF No. 12.)

　　　　Under Rule 41(a)(1), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i); accord Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).  Upon filing of the notice, the dismissal is effective automatically; no order of the court is necessary to effectuate dismissal.  Comm. Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1078

///

///

///

1 (9th Cir. 1999).  At that point, the district court loses its jurisdiction over the action.  (*Id.*)  In this
2 case, no defendant has filed an answer or other responsive pleading.
3      Accordingly, the Clerk of Court is HEREBY ORDERED to CLOSE this case.

IT IS SO ORDERED.

Dated: __**January 31, 2022**__                            
                                UNITED STATES MAGISTRATE JUDGE